UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Arce-Brecindo<br><br>Defendant(s) | CRIMINAL NO. _08mj1584_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Guadalupe Arendano-Nunez

DATED: 5/28/2008

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
           DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
☆ U.S. GPO: 2003-581-774/70082